UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNE FRANCES ZIEGENHORN et al.,
    Plaintiffs,

vs.                                    Case No.: 3:21cv1800/MCR/EMT

OKALOOSA COUNTY SHERIFF OFFICE,
et al.,
    Defendants.
_____/

## **ORDER**

        The chief magistrate judge issued a Report and Recommendation on February 9, 2022 (ECF No. 14). The court was unable to furnish the plaintiffs with a copy of the Report and Recommendation as the mailed copy was returned to sender due to the address being vacant and no forwarding address available. There have been no timely filed objections to the Report and Recommendations pursuant to Title 28, United States Code, Section 636(b)(1).

        Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiffs' failure to comply with orders of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**